## STATE of Rhode Island
v.
## Ralph FANTASIA.

### No. 81–306–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

William F. Reilly, Public Defender, Lise Gescheidt, Asst. Public Defender, for defendant-petitioner.

ORDER

Petition for Writ of Habeas Corpus denied without prejudice.

■

## STATE of Rhode Island
v.
## Daniel J. TELLA and John D. Taylor.

### No. 81–81–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

William A. Dimitri, Jr., Providence, for defendant-petitioner.

ORDER

Petitions for Writ of Habeas Corpus are denied without prejudice.

■

## Gail A. ZEPPA
v.
## The ZONING BOARD OF REVIEW OF the TOWN OF SOUTH KINGSTOWN et al.

### No. 81–307–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

Hogan & Hogan, Thomas S. Hogan, Donald J. Packer, East Providence, for plaintiff-respondent.

Robert B. Gates, for defendants-petitioners.

ORDER

Petition for Writ of Certiorari is denied without prejudice.